THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CHEW WING, Appellant.

Argued March 23, 1937; decided April 27, 1937.

*Jacob Shientag, Alvin I. Perlmutter, Maxwell Shapiro* and *Cornelius F. Collins, Jr.,* for appellant.

*William Copeland Dodge,* District Attorney *(Felix C. Benvenga* and *Philip A. Donahue* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.